# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ESAU DOZIER, | )<br>)|
| Plaintiff, | ) Case No. 2:08-cv-00625-RCJ-GWF |
| vs. | )<br>) **ORDER** |
| DWIGHT NEVEN, et. al. | )<br>) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Request for a Status Update (Dkt. #20), filed July 6, 2010. The Court will grant this request. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Request for a Status Update (Dkt. #20) is **granted**. The Clerk of the Court shall prepare a copy of the docket sheet for case #2:08-cv-489-KJD-GWF and case #2:08-cv-625-RCJ-GWF and send it to Plaintiff at the current address on file for Plaintiff with the Court.

DATED this 11th day of August, 2010.

*George Foley Jr.*
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**