# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ESAU DOZIER,

                  Plaintiff,        Case No. 2:08-cv-00625-RCJ-GWF

vs.                                    **ORDER**

DWIGHT NEVEN, et. al.

                  Defendants.

This matter is before the Court on Plaintiff's Request for a Status Update (#30), filed December 9, 2010. The Court will grant this request. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Request for a Status Update (#30) is **granted**. The Clerk of the Court shall prepare a copy of the docket sheet for case #2:08-cv-489-KJD-GWF and case #2:08-cv-625-RCJ-GWF and send it to Plaintiff at the current address on file for Plaintiff with the Court.

DATED this 13th day of December, 2010.

_George Foley Jr._
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**